ACCEPTED
02-17-00358-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/21/2017 3:51 PM
DEBRA SPISAK
CLERK

**No. 02-17-00358-CV**

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/21/2017 3:51:41 PM
DEBRA SPISAK
Clerk

**In the Court of Appeals
Second District of Texas
Fort Worth, Texas**

**City of White Settlement, Texas and White Settlement Economic Development Corporation,**

**Appellants,**

**v.**

**Benjamin S. Emmons and Source Capital, LLC,**

**Appellees.**

*On Appeal from the 48th Judicial District Court of Tarrant County, Texas
Cause No. 048-288516-16; the Honorable David L. Evans Presiding*

**APPELLEES' UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLEES' BRIEF**

DENTONS US LLP
C. Michael Moore
State Bar No. 14323600
c.michael.moore@dentons.com
Matthew T. Nickel
State Bar No. 24056042
matt.nickel@dentons.com
Spencer D. Hamilton
State Bar No. 24087656
spencer.hamilton@dentons.com
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
Tel: 214-259-0900  Fax: 214-259-0910

**ATTORNEYS FOR APPELLEES**

TO THE HONORABLE SECOND DISTRICT COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellees Benjamin S. Emmons and Source Capital, LLC (collectively, "Appellees"), through their undersigned counsel, ask the Court to extend the time to file Appellees' response brief and respectfully show as follows:

1.     On November 14, 2017, the Court granted a thirty-day extension for Appellants White Settlement, Texas and White Settlement Economic Development Corporation (collectively, "Appellants") to file their opening brief.  As a result, Appellants' brief was due on December 20, 2017.  Appellants filed their brief on that date.

2.     Appellees' response brief is currently due twenty days thereafter, on January 9, 2018.

3.     In light of the thirty-day extension of the deadline for Appellants' opening brief, counsel for Appellants and counsel for Appellees agreed to a thirty-day extension for Appellees' brief.

4.     Appellees therefore respectfully request that the deadline for the filing of Appellees' response brief be extended by thirty days, to **February 8, 2018**.  This will afford Appellees' counsel sufficient time to prepare Appellees' response brief and will provide both sides with equal time to prepare their respective briefs.

5.     Pursuant to Texas Rule of Appellate Procedure 10.5(b)(1)(D), there have been no other prior extensions of time granted by the Court regarding the filing of Appellees' brief.

6.     Texas Rule of Appellate Procedure 38.6(d) provides that an "Appellate Court may extend the time for filing a brief and may postpone submission of the case."

7.     For the reasons stated above, good cause exists for the extension requested, and the extension is not sought for purposes of delay.

December 21, 2017                              Respectfully submitted,

                                              DENTONS US LLP

                                              */s/ Spencer D. Hamilton*
                                              C. Michael Moore
                                              State Bar No. 14323600
                                              c.michael.moore@dentons.com
                                              Matthew T. Nickel
                                              State Bar No. 24056042
                                              matt.nickel@dentons.com
                                              Spencer D. Hamilton
                                              State Bar No. 24087656
                                              spencer.hamilton@dentons.com
                                              2000 McKinney Avenue, Suite 1900
                                              Dallas, Texas 75201
                                              Tel: 214-259-0900  Fax: 214-259-0910

                                              **ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

Counsel for Appellees conferred with Counsel for Appellants on November 14, 2017. Counsel for Appellants and Appellees reached an agreement on the extension requested. Appellees therefore submit this as an Unopposed Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, a true and correct copy of the foregoing has been served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure to:

Robert F. Maris
rmaris@marislanier.com
Alise N. Abel
aabel@marislanier.com
Maris & Lanier, P.C.
3710 Rawlins Street, Suite 1550
Dallas, Texas 75219
214-706-0920 - Telephone
214-706-0921 - Facsimile

**VIA E-FILING**

*/s/ Spencer D. Hamilton*
Spencer D. Hamilton